UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ELIZABETH S. MALDONADO, on behalf of
a minor child,

                                 **Plaintiff,**                       **19-CV-8074 (ER) (SN)**

             **-against-**                                   **ORDER**

COMMISSIONER OF SOCIAL SECURITY,

                                **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       The September 9, 2019 scheduling order in this case directed Plaintiff, proceeding *pro se*, to file her response to the Commissioner's motion for judgment on the pleadings within 60 days of the filing of the Commissioner's motion. See ECF No. 6. The Commissioner filed a motion for judgment on the pleadings on March 28, 2020. See ECF No. 19. Accordingly, Plaintiff's response was due by May 27, 2020. Plaintiff has not responded to the Commissioner's motion.

       The docket does not reflect that the Commissioner effected service of the motion and administrative record on Plaintiff. Out of an abundance of caution, the Commissioner is directed to file proof of service by June 19, 2020.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED: June 11, 2020
New York, New York

CC: Elizabeth Maldonado 145 S. 1st Avenue
Apt. 4D
Mount Vernon, NY 10550
(*by Chambers*)

2