UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ELIZABETH S. MALDONADO, on behalf of
a minor child,

                    **Plaintiff,**                      **19-CV-8074 (ER) (SN)**

      -against-                                **ORDER**

**COMMISSIONER OF SOCIAL SECURITY,**

                    **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      The Court's June 22, 2020 order, ECF No. 24, directed Plaintiff to respond to the Commissioner's motion for judgment on the pleadings by July 27, 2020. Plaintiff has not filed a response to the Commissioner's motion. By August 10, 2020, Plaintiff shall respond to the Commissioner's motion. The Commissioner's reply shall be due 21 days after Plaintiff's opposition is filed. If Plaintiff does not file a response by August 10, 2020, the Court will deem the Commissioner's motion fully briefed and ready for judicial resolution. The Clerk of Court is directed to mail a copy of this order to Plaintiff who is proceeding *pro se*.

**SO ORDERED.**

                                                            _____
                                                             SARAH NETBURN
                                                              United States Magistrate Judge

DATED:      August 4, 2020
                  New York, New York