**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ELIZABETH MALDONADO, on behalf of a
minor, N.L.M.B.,

                Plaintiff,                      19 **CIVIL** 8074 (ER) (SN)

       -against-                      **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:**   That for the reasons set forth in the Court's Opinion and Order dated March 26, 2021, the Court adopts Judge Netburn's Report and Recommendation in full. The Commissioner's motion for judgment on the pleadings, Doc. 19, is DENIED. The Commissioner's decision denying N.L.'s application for SSI benefits is hereby VACATED and this action is REMANDED to the Commissioner for further proceedings consistent with this Court's Opinion. On remand, the Commissioner is further instructed to consider N.L.'s IEP, as well as any additional evidence of her impairments.

**Dated:**  New York, New York
          March 29, 2021

                                                     **RUBY J. KRAJICK**
                                                      **Clerk of Court**
                                **BY:**
                                                      **Deputy Clerk**